1  Jeffrey M. Lenkov, Esq. (State Bar No. 156478)
   jml@mmker.com
2  Jami I. Copeland, Esq. (State Bar No. 199538)
   jic@mmker.com
3  **MANNING & MARDER,**
   **KASS, ELLROD, RAMIREZ LLP**
4  801 So. Figueroa Street, 15th Floor
   Los Angeles, CA 90017
5  Telephone: (213) 624-6900

6  Attorneys for Defendant **BATH & BODY WORKS, LLC**

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11 TRACY MORRISON,                    ) Case No.: CV10-1276 ODW (Ex)
                                      )
12              Plaintiff,            )
                                      ) **DEFENDANT BATH & BODY**
13 vs.                                ) **WORKS, LLC'S CERTIFICATION**
                                      ) **AS TO INTERESTED PARTIES**
14 BATH & BODY WORKS, and DOES 1      )
   to 100, inclusive                  )
15                                    ) *Complaint Filed: 1/12/10*
                Defendants.           )
16 _____ )

17

18

19

20

21

22

23

24

25

26

27

28

-1-
G:\docsdata\JML\MORRISON, Tracy v. Bath&Body\Pldgs\Removal Only\Certificate as to Interested Parties.wpd
**DEFENDANT BATH & BODY WORKS, LLC'S CERTIFICATION AS TO INTERESTED PARTIES**

## CERTIFICATION AS TO INTERESTED PARTIES:

Pursuant to Local Rule 7.1-1, the undersigned, one of the counsel of record for Defendant Bath & Body Works, LLC, certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

TRACY MORRISON (Plaintiff)

BATH & BODY WORKS, LLC (Defendant)

Dated: February 19, 2010

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
Jeffrey M. Lenkov, Esq.
Jami I. Copeland, Esq.
Attorneys for Defendant
BATH & BODY WORKS

SERVICE LIST

**PROOF OF SERVICE**
*Tracy Morrison v. Bath & Body Works* - LASC Case No. BC429608
**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 801 South Figueroa Street, 15th Floor, Los Angeles, California 90017.

On February 19, 2010 I served the document described as **DEFENDANT BATH & BODY WORKS, LLC'S CERTIFICATION AS TO INTERESTED PARTIES** on the interested parties in this action by placing true copies thereof enclosed in a sealed envelope(s) addressed as follows:

[X] **(BY MAIL)** I caused such envelope(s) to be deposited in the mail at Los Angeles, California. The envelope(s) were/was mailed with postage thereon fully prepaid. I placed such envelope(s) with postage thereon prepaid in the United States mail at Los Angeles, California. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY OVERNIGHT COURIER):** I placed the above-referenced document in envelope(s) designated by the express service carrier (UPS) for overnight delivery, addressed as indicated above or on the attached service list. I delivered said UPS envelope to the personnel of our mail room. I am "readily familiar" with the firm's practice of collecting and processing documents intended for UPS overnight delivery. Under that practice, after the document is delivered to the firm's mail room, it is deposited that same day, with delivery fees provided for, in a box or other facility regularly maintained by the express service carrier or is delivered to an authorized courier or driver authorized by UPS service carrier to receive documents for overnight delivery.

[ ] **(BY FACSIMILE)** I telecopied such document to the offices of the addressee(s) at the listed fax number(s) as indicated above or on the attached service list.

[ ] **(BY PERSONAL SERVICE)** I caused to be delivered such envelope(s) by hand to the offices of the addressee(s) as indicated above or on the attached service list via NATIONWIDE LEGAL, INC.

[X] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on **February 19, 2010** at Los Angeles, California.

ROSEMARY ELIZONDO

SERVICE LIST

Azuka Amucha, Esq.
AMUCHA & ASSOICATES
1800 Century Park East, Suite 600
Los Angeles, CA  90067
Tel:   310-801-9064
Fax:  310-229-5738
*Attorneys for Plaintiff TRACY MORRISON*

Anahita Sedaghatfar, Esq.
LAW OFFICES OF ANAHITA SEDAGHATFAR
1800 Century Park East, Suite 600
Los Angeles, CA 90067
*Associate Attorney for Plaintiff, TRACY MORRISON*
310.734.6713
310.229.5738 Fax