1  JEFFREY M. LENKOV, ESQ. (SBN 156478)
   GAYLE D. PERLO, ESQ. (SBN153671)
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ** LLP
3  15th Floor at 801 Tower
   801 South Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  Facsimile: (213) 624-6999

6  Attorneys for Defendant **BATH & BODY WORKS**

7

8              SUPERIOR COURT OF THE STATE OF CALIFORNIA

9            FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT

10

11
   TRACY MORRISON,                        ) Case No.: CV 10-1276 ODW (EX)
12                                        ) [Assigned to: Hon. Otis D. Wright II, United
                Plaintiff,                ) States District Judge]
13                                        )
   vs.                                    ) **RESPONSE TO THE COURT'S ORDER**
14                                        ) **TO SHOW CAUSE RE; FAILURE TO**
   BATH & BODY WORKS, and DOES 1 to 100, ) **FILED JOINT RULE 26(f) REPORT**
15 inclusive                              )
                                          ) [FILED CONCURRENTLY WITH THE
16              Defendants.               ) JOINT SCHEDULING CONFERENCE
                                          ) REPORT PURSUANT TO FEDERAL
17 _____) RULES OF CIVIL PROCEDURE RULE
                                            26(f)]
18
                                            Date: May 17, 2010
19                                          Time: 1:30 p.m.

20                                          Complaint Filed in State Court: January 12,
                                            2010
21
         The undersigned, counsel for plaintiff Tracy Morrison and counsel for
22
   defendant Bath & Body Works hereby submit the following declaration in response
23
   to the Order to Show Cause regarding why the case should not be dismissed and why
24
   sanctions should not be imposed for failure to timely fille the Joint Rule 26(f)
25
   Report. Submitted concurrently herewith is the Joint Scheduling Conference Report
26
   submitted in compliance with the Federal Rules of Civil Procedure Rule 26(f).
27

28

JOINT DECLARATION OF GAYLE D. PERLO

I Gayle D. Perlo, declare and state as follows:

1. I am an attorney licensed to practice law in and by the State of California, and I am Senior Counsel with the firm of Manning & Marder, Kass, Ellrod, Ramirez LLP, attorneys of record for defendant Bath & Body Works. The following is based on my personal knowledge and if called as a witness I could and would competently testify thereto.

2. I was assigned to this case in March 2010. On March 8, 2010 I telephoned plaintiff's counsel to meet and confer to prepare the Joint Scheduling Conference Report. I spoke to attorney Azuka Amucha. During the conversation he indicated that he had not received the Court's order. I advised him that the conference was set for April 26, 2010. Following our telephone conversation I forwarded Mr. Amucha a copy of the order issued by the Hon. Otis D. Wright II concerning the scheduling meeting of counsel. I also advised Mr. Amucha that in compliance with the Federal Rules of Civil Procedure Rule 26(f), we needed to schedule a time prior to April 5, 2010 to discuss the matters to be addressed in the joint report. Attached thereto as Exhibit "A" is a true and correct copy of my correspondence to Mr. Amucha.

3. On April 1, 2010 I again telephoned plaintiff's counsel to meet and confer to prepare the Joint Scheduling Conference Report. I advised counsel that the report had to be filed by April 9, 2010. We agreed to meet by telephone on Monday, April 5, 2010 at 3:00 p.m. to discuss and complete the report. On that date I forwarded plaintiff's counsel a proposed outline of the statement. Attached hereto as Exhibit "B" is a true and correct copy of my correspondence to plaintiff's attorneys, Azuka Amucha and Anahita Sedaghatfar.

4. On April 5, 2010 plaintiff's attorneys and I conducted our final telephone conference to meet an confer in preparation for drafting the Joint Scheduling Conference Report.

5. On April 9, 2010 we had a second teleconference to prepare for finalizing the Joint Scheduling Conference Report. At that time we also discussed the Court's standing orders. Ms. Sedaghatfar indicated that she did not have immediate access to PACER and I offered to and did immediately fax her copies of the Court's standing order regarding newly assigned cases. Ms. Sedaghatfar was going to complete the report, and I provided her with my private cell phone number in the event she needed additional information over the weekend.

6. After receiving the Court's order setting the OSC, plaintiff's counsel and I were in immediate contact.

7. My dealings with Mr. Amucha and Ms. Sedaghatfar have been both professional and courteous, and it appears from our conversations that they do not generally litigate cases in Federal Court. To this end, we are working together to insure compliance with the Federal Rules.

8. Submitted concurrently herewith is the Joint Scheduling Conference Report for the Court's consideration, and plaintiff's counsel and I jointly request that the case be permitted to proceed, and that the Court waive imposition of monetary sanctions for our failure to timely submit the report

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 4th day of May, 2010 in Los Angeles, California

Dated: May 4, 2010

_____
Gayle D. Perlo

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: _____
Gayle D. Perlo, Esq.
Attorneys for Defendant
BATH & BODY WORKS

AMUCHA & ASSOCIATES

By: _____
Azuka Amucha
Attorneys for Plaintiff
TRACY MORRISON

-3-
G:\docsdata\JML\MORRISON, Tracy v. Bath&Body\Pldgs\Response.OSC.wpd
RESPONSE TO ORDER TO SHOW CAUSE

EXHIBIT "A"

# MANNING & MARDER
## KASS, ELLROD, RAMIREZ LLP
### ATTORNEYS AT LAW

15TH FLOOR AT 801 TOWER
801 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 624-6900
FACSIMILE: (213) 624-6999
WEB SITE: WWW.MMKER.COM

STEVEN D. MANNING
DENNIS B. KASS
ANTHONY J. ELLROD
EUGENE P. RAMIREZ
LAWRENCE D. ESTEN
MILDRED K. O'LINN *
THOMAS R. GILL
ALFRED M. DE LA CRUZ
ERWIN A. NEPOMUCENO
DAVID J. WILSON
BRIAN T. MOSS *
FREDRIC W. TRESTER
JEFFREY M. LENKOV
MARGUERITE LIEU JONAK
JOHN D. MARINO
MICHAEL L. SMITH
LOUIS W. PAPPAS
SHARI L. ROSENTHAL
EUGENE J. EGAN
KATHLEEN A. HUNT *
STEVEN J. RENICK
JAMES J. PERKINS *
PATRICK L. HURLEY
JAMES E. GIBBONS
DANIEL B. HERBERT *
EVELINA M. SERAFINI
RINAT B. KLIER-ERLICH
MICHAEL J. GREEN
DARIN L. WESSEL *
L. TREVOR GRIMM
CLIFFORD A. CLANCEY
SCOTT WM. DAVENPORT
JASON J. MOLNAR *

PETER J. KARLZEN
MARK A. HAGOPIAN
DAVID GORNEY
SUZIE ZACHAR IRWIN †
DONALD R. DAY*
ALAN C. JABLIN *
D. HIEP TRUONG
TIMOTHY J. KRAL
KRISTIE S. HUTCHINSON
MICHAEL A. WEISMANTEL
ROBERT B. ZELMS †
JANET D. JOHN *
CHRISTON BROOKS-ZINK
JOHN M. HOCHHAUSLER
ANDRIY J. SEMOTIUK *
JULIE M. FLEMING
KRISTEN A. LEDGARD
ROBERT E. MURPHY *
TYLER K. THOMAS
NINA RICCI FRANCISCO
PARI K. SCROGGIN *†
KEVIN H. LOUTH
LISA A. VILLASENOR
MICHELE L. LEVINSON
TRACIE L. CHILDS
MARGARET E. FORER
CHRISTOPHER R. ALLISON
TYRONE MATTHEWS
MARY M. KOCSIS *
DONALD R. BECK
CANDACE E. KALLBERG
SHARON S. JEFFREY
R. ADAM ELLISON

SEJAL THAKKAR
DAVID R. REEDER *
TOBY D. BUCHANAN
CHRISTINA M. TAPIA
VICTOR ROCHA
BRIAN J. FINN
THOMAS Y. LUCERO
JOSHUA B. SHAYNE
LADELL H. MUHLESTEIN
MARK H. HERSKOVITZ *
JOHN P. COGGER
PETER C. CATALANOTTI
MADONNA A. HERMAN
PAUL HANNA
KENNETH S. KAWABATA
LARRY S. DUSHKES
SEVAN GOBEL
VICTORIA A. CHINN
JASON L. FISHER
JAMIE L. FUGERE
MARTIN KOSLA *
IGOR KOPILENKO
ANNEMARIE MCDOWELL
JENNIFER SUPMAN
WILLIAM D. GARDNER*
SUSAN E. COLEMAN
MINAS SAMUELIAN
TONY M. SAIN
KEVIN EUGENE SMITH*
CHRISTOPHER KANJO
SHAREEF S. FARAG
ANDREA TRAVIS
MICHELLE GHALTCHI

ERIK VAN HESPEN
SHEILA YAZDI
MATTHEW SOLEIMANPOUR
DIANE L. HLYWIAK
JAMIE D. YABKO
ANTHONY OROPALLO III
SCOTT A. SONNENBERG
LORI B. WADE
JAMI I. COPELAND
MICHELLE T. LUC
SCOTT D. LONG
LALO GARCIA
PETER B. RUSTIN*
ARCHIE CHIN
STANLEY L. SCARLETT
JUDITH A. WIEDERHORN
BRIGITTA HERST
NIV V. DAVIDOVICH
RICHARD G. GARCIA
GRACE M. FUJITA
ERIC M. BOURGET †
WENDY E. MILLER
CHRISTOPHER D. NISSEN
MITCHELL A. WROSCH
BRANDON A. TAKAHASHI
RAVI K. LALLY
CHARLIE FU
RONALD J. SELGRATH
DIANE FLORES
FRANK M. LAFLEUR
CIRRUS A. ALPERT
JAMES T. GRANT

OF COUNSEL
DONALD S. SMITH*

* Admitted in Multiple Jurisdictions
† Admitted to Practice Law in Arizona only

March 18, 2010

**VIA FACSIMILE**
Azuka Amucha, Esq.
AMUCHA & ASSOCIATES
1800 Century Park East, Suite 600
Los Angeles, CA 90067

   Re:  **Tracy Morrison v. Bath & Body Works**
      Our File No.:  2072-32874
      Date of Loss:  11/14/08

Dear Mr. Amucha:

  This is to confirm our telephone conversation today during which we discussed the upcoming Scheduling Conference. Forwarded herewith is a copy of the order issued by the Honorable Otis D. Wright II concerning the scheduling meeting of counsel and scheduling conference set for April 26, 2010 at 1:30 p.m.

  In compliance with Federal Rules of Civil Procedure Rule 26(f), we need to schedule a time prior to April 5, 2010 to discuss the matters that must be addressed in the joint report.

        Very truly yours,

        MANNING & MARDER
        KASS, ELLROD, RAMIREZ LLP

        Gayle D. Perlo, Esq.

ORANGE COUNTY
19800 MacArthur Blvd Suite 600 • Irvine, CA 92612
Phone (949) 440-6690 • Fax (949) 474-6991

SAN DIEGO
550 West C Street, Suite 1900 • San Diego, CA 92101
Phone (619) 515-0269 • Fax (619) 515-0268

SAN FRANCISCO
One California Street, Suite 1100 • San Francisco, CA 94111
Phone (415) 217-6990 • Fax (415) 217-6999

SCOTTSDALE
6909 East Greenway Parkway, Suite 200 • Scottsdale, AZ 85254
Phone (480) 477-5269 • Fax (480) 477-5268

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MORRISON,<br><br>　　　　　Plaintiff(s),<br><br>　　v.<br><br>BATH & BODY WORKS, et al.,<br><br>　　　　　Defendant(s). | Case No. CV 10-1276 ODW(Ex)<br><br>SCHEDULING MEETING OF COUNSEL<br>[FRCP 16, 26(f)]<br><br>SCHEDULING CONFERENCE set for April 26, 2010 at 1:30 p.m.<br>[FRCP 26(f)] |

　　　　This case has been assigned to the calendar of United States District Judge Otis D. Wright II. The responsibility for the progress of litigation in the federal courts falls not only upon the attorneys in the action, but upon the court as well.

　　　　In order "to secure the just, speedy, and inexpensive determination of every action," (Fed. R. Civ. P. 1), all counsel are hereby ordered to familiarize themselves with the Federal Rules of Civil Procedure and the Local Rules of the Central District of California.

　　　　Counsel please note the changes made to former Local Rule 6, now superseded by Fed. R. Civ. P. 16 and 26(f), effective December 1, 2000. A

Scheduling Conference is set for the date and time set forth in the caption.[1] Counsel shall meet at least twenty-one (21) days in advance of the Scheduling Conference to prepare a jointly signed report for the court to be submitted no less than fourteen (14) days before the Scheduling Conference. The report is to contain the items set forth below. Pursuant to Fed. R. Civ. P. 16(c), the parties shall be represented by counsel with authority to enter into stipulations regarding all matters pertaining to conduct of the case.

The joint report to be submitted shall contain the items listed in Fed. R. Civ. P. 26(f), the parties' recommendations and agreements, if any, about the final scheduling order as listed in Fed. R. Civ. P. 16(b)(1) through (6), and those items listed in Fed. R. Civ. P. 16(c) which counsel believe will be useful to discuss at the Scheduling Conference. Items which must be listed are the following:

(1) a listing and proposed schedule of written discovery, depositions, and a proposed discovery cut-off date;

(2) a listing and proposed schedule of law and motion matters, and a proposed dispositive motion cut-off date;

(3) a statement of what efforts have been made to settle or resolve the case to date and what settlement procedure is recommended pursuant to Local Rule 16-15.4 (specifically excluding any statement of the terms discussed);

(4) an estimated length of trial and a proposed date for the Final Pretrial Conference and for Trial;

(5) a discussion of other parties likely to be

---

[1] Unless there is a likelihood that upon motion by a party the Court would order that any or all discovery is premature, it is advisable for counsel to begin to conduct discovery actively before the Scheduling Conference required by Fed. R. Civ. P. 16(b). At the very least, the parties shall comply fully with the letter and spirit of Fed. R. Civ. P. 26(a) and thereby obtain and produce most of what would be produced in the early stage of discovery, because at the Scheduling Conference the Court will impose tight deadlines to complete discovery.

|   |     |                                                                                   |
|---|-----|-----------------------------------------------------------------------------------|
|   |     | added;                                                                            |
|   | (6) | whether trial will be by jury or to the court;                                    |
|   | (7) | any other issues affecting the status or management of the case; and              |
|   | (8) | proposals regarding severance, bifurcation or other ordering of proof.            |

In addition, the Scheduling Conference Report shall contain the following:

|   |     |                                                                                   |
|---|-----|-----------------------------------------------------------------------------------|
|   | (1) | a short synopsis of the principal issues in the case;                             |
|   | (2) | a statement of whether pleadings are likely to be amended;                        |
|   | (3) | a statement as to issues which any party believes may be determined by motion.[2] |

At the Scheduling Conference, the court will set a date for discovery cut-off,[3] a final date by which dispositive motions must be set for hearing, a Final Pretrial Conference date, and a trial date.

A continuance of the Scheduling Conference will be granted only for good cause. (Counsel are informed that continuance of the Scheduling Conference causes commensurate delay in the trial date.) **The failure to submit a joint report**

---

[2] Where the Plaintiff's claim is predicated in whole or in part on denial of benefits under a plan regulated by the Employee Retirement Income Security Act of 1974, 29 U.S.C. § 1000 *et seq.* (ERISA), the parties shall address the following additional issues in their Joint Report: (1) Standard of Review: What standard of review is applicable? If the parties are in disagreement, they shall propose a schedule for early briefing and decision of this issue on Motion; and (2) Pre-emption: Is there any contention that any state-law claim asserted by Plaintiff is pre-empted by ERISA? If so, the parties shall propose a schedule for early briefing and decision of the issue on Motion.

[3] This is not the date by which discovery requests must be served; but the date by which all discovery is to be completed. Any motion challenging the adequacy of discovery responses must be filed timely, served and calendared sufficiently in advance of the discovery cutoff date to permit the responses to be obtained before that date, if the motion is granted. The Court requires compliance with Local Rule 37-1 and 37-2 in the preparation and filing of discovery motions. Except in the case of an extreme emergency which was not created by the lawyer bringing the motion, discovery motions may not be heard on an ex parte basis.

**in advance of the Scheduling Conference or the failure to attend the Scheduling Conference may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions.**

A settlement procedure appropriate to the particular case will be used in every civil action pursuant to Local Rule 16-15.1. In the Scheduling Conference Report, counsel are to recommend a specific settlement procedure provided for in Local Rule 16-15 which will be utilized in this case. Available alternatives for consideration, not to the exclusion of others, include:

(1) a settlement conference before the magistrate or district judge assigned to this case (Local Rule 16-15.4(1));

(2) appearance before an attorney selected from the Attorney Settlement Officer Panel (Local Rule 16-15.4(2));

(3) appearance before a retired judicial officer or other private or non-profit dispute resolution body for non-judicial settlement or mediation proceedings (Local Rule 16-15.4(3));

(4) such other settlement mechanism proposed by the parties and approved by the court.

The report to the court as to the above items should be preceded by a thorough and frank discussion among the attorneys for the parties. A Joint Scheduling Report which does not comply with FRCP 16, 26(f) and this Order may cause continuance of the Scheduling Conference and possible award of sanctions under FRCP 16(f) against the party or parties responsible. **A conformed courtesy copy** of the Joint Report shall be delivered to the courtesy box on the wall outside the entrance to chambers on the Spring Street level of the U.S. Courthouse, 312 North Spring Street, **by 3:00 p.m. the following business day**.

Motions shall be filed in accordance with Local Rule 7; the next available motion date can be found on the Court's motion calendar, which can be viewed on

the Court's website.[4] This Court hears motions on **Mondays, commencing at 1:30 p.m. No supplemental brief shall be filed without prior leave of Court.** Conformed courtesy copies of **opposition and reply papers** shall be delivered to the courtesy box on the wall outside the entrance to chambers on the Spring Street level of the U.S. Courthouse, 312 North Spring Street, **by 4:00 p.m. on the date due.** Adherence to the timing requirements is mandatory for chambers' preparation of motion matters.

Counsel should take note of the changes to the Local Rules affecting motion practice in the Central District. Among other things, Local Rule 7-3 requires counsel to engage in a pre-filing conference "to discuss thoroughly . . . the substance of the contemplated motion and any potential resolution." Counsel should discuss the issues sufficiently that if a motion is still necessary, the briefing may be directed to those substantive issues requiring resolution by the Court. Counsel should resolve minor procedural or other nonsubstantive matters during the conference.

**Memoranda of Points and Authorities in support of or in opposition to motions shall not exceed 25 pages. Replies shall not exceed 12 pages.** Only in rare instances and for good cause shown will the Court grant an application to extend these page limitations. **Typeface shall comply with Local Rule 11-3.1.1. NOTE: Times New Roman font must be used and the size must be no less than 14.** Footnotes shall be in typeface no less than two sizes smaller than text size and shall be used sparingly. Filings which do not conform to the Local Rules and this Order will not be considered.

Each party filing or opposing a motion or seeking the determination of any matter shall serve and lodge a Proposed Order setting forth the relief or action

---

[4] All law and motion matters, except for motions in limine, must be set for hearing (not filing) by the motion cutoff date.

sought and a brief statement of the rationale for the decision with appropriate citations.

Counsel are reminded ex parte applications are solely for extraordinary relief. *See Mission Power Engineering Co. v. Continental Casualty Co.*, 883 F. Supp. 488 (C.D. Cal. 1995).

Counsel for plaintiff shall immediately serve this Order on all parties, including any new parties to the action.

IT IS SO ORDERED.

DATED: March 9, 2010

                                              Otis D. Wright II
                                              United States District Judge

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO              0288
RECIPIENT ADDRESS     ##190279#13102295738#
DESTINATION ID
ST. TIME              03/18 09:14
TIME USE              01'44
PAGES SENT            8
RESULT                OK
```

9:20



# MANNING & MARDER
## KASS, ELLROD, RAMIREZ LLP
### ATTORNEYS AT LAW

801 South Figueroa Street, 15th Floor
Los Angeles, California 90017
Telephone (213) 624-6900 • Fax (213) 624-6999

## FACSIMILE COVER SHEET

**CLIENT/MATTER NO.:** 2072-32874

**USER ID:** 0634

**DATE:** March 18, 2010

**RECIPIENT:** Azuka Amucha, Esq.
AMUCHA & ASSOCIATES
Tel: 310-801-9064

**FAX NUMBER:** **310-229-5738**

**FROM:** Gayle D. Perlo, Esq.

**RE:** *Tracy Morrison v. Bath & Body Works*

**Total pages (including cover):** 8

EXHIBIT "B"

# MANNING & MARDER
## KASS, ELLROD, RAMIREZ LLP
### ATTORNEYS AT LAW

15TH FLOOR AT 801 TOWER
801 SOUTH FIGUEROA STREET
LOS ANGELES, CALIFORNIA 90017
TELEPHONE: (213) 624-6900
FACSIMILE: (213) 624-6999
WEB SITE: WWW.MMKER.COM

STEVEN D. MANNING
DENNIS B. KASS
ANTHONY J. ELLROD
EUGENE P. RAMIREZ
LAWRENCE D. ESTEN
MILDRED K. O'LINN *
THOMAS R. GILL
ALFRED M. DE LA CRUZ
ERWIN A. NEPOMUCENO
DAVID J. WILSON
BRIAN T. MOSS *
FREDRIC W. TRESTER
JEFFREY M. LENKOV
MARGUERITE LIEU JONAK
JOHN D. MARINO
MICHAEL L. SMITH
LOUIS W. PAPPAS
SHARI L. ROSENTHAL
EUGENE J. EGAN
KATHLEEN A. HUNT *
STEVEN J. RENICK
JAMES J. PERKINS *
PATRICK L. HURLEY
JAMES E. GIBBONS
DANIEL B. HERBERT *
EVELINA M. SERAFINI
RINAT B. KLIER-ERLICH
MICHAEL J. GREEN
DARIN L. WESSEL *
L. TREVOR GRIMM
CLIFFORD A. CLANCEY
SCOTT WM. DAVENPORT
JASON J. MOLNAR *

PETER J. KARLZEN
MARK A. HAGOPIAN
DAVID GORNEY
SUZIE ZACHAR IRWIN †
DONALD R. DAY*
ALAN C. JABLIN *
D. HIEP TRUONG
TIMOTHY J. KRAL
KRISTIE S. HUTCHINSON
MICHAEL A. WEISMANTEL
ROBERT B. ZELMS †
JANET D. JOHN *
CHRISTON BROOKS-ZINK
JOHN M. HOCHHAUSLER
ANTHONY S. VITAGLIANO †
ANDRIY J. SEMOTIUK *
JULIE M. FLEMING
KRISTEN A. LEDGARD
ROBERT E. MURPHY *
TYLER K. THOMAS
NINA RICCI FRANCISCO
PARI K. SCROGGIN *†
KEVIN H. LOUTH
LISA A. VILLASENOR
TRACIE L. CHILDS
MARGARET E. FORER
CHRISTOPHER R. ALLISON
TYRONE MATTHEWS
DONALD R. BECK
CANDACE E. KALLBERG
SHARON S. JEFFREY
R. ADAM ELLISON
SEJAL THAKKAR

DAVID R. REEDER *
TOBY D. BUCHANAN
CHRISTINA M. TAPIA
VICTOR ROCHA
BRIAN J. FINN
THOMAS Y. LUCERO
JOSHUA B. SHAYNE
LADELL H. MUHLESTEIN
MARK H. HERSKOVITZ *
JOHN P. COGGER
PETER C. CATALANOTTI
MADONNA A. HERMAN
PAUL HANNA
KENNETH S. KAWABATA
LARRY S. DUSHKES
SEVAN GOBEL
VICTORIA A. CHINN
JASON L. FISHER
JAMIE L. FUGERE
MARTIN KOSLA *
IGOR KOPILENKO
ANNEMARIE McDOWELL
JENNIFER SUPMAN
WILLIAM D. GARDNER*
SUSAN E. COLEMAN
MINAS SAMUELIAN
TONY M. SAIN
KEVIN EUGENE SMITH*
CHRISTOPHER KANJO
SHAREEF S. FARAG
ANDREA TRAVIS
MICHELLE GHALTCHI
ERIK VAN HESPEN

SHEILA YAZDI
MATTHEW SOLEIMANPOUR
DIANE L. HLYWIAK
JAMIE D. YABKO
ANTHONY OROPALLO III
LORI B. WADE
JAMI I. COPELAND
MICHELLE T. LUC
SCOTT D. LONG
LALO GARCIA
PETER B. RUSTIN*
ARCHIE CHIN
JUDITH A. WIEDERHORN
BRIGITTA HERST
NIV V. DAVIDOVICH
RICHARD G. GARCIA
GRACE M. FUJITA
ERIC M. BOURGET †
WENDY E. MILLER
CHRISTOPHER D. NISSEN
MITCHELL A. WROSCH
BRANDON A. TAKAHASHI
RAVI K. LALLY
CHARLIE FU
RONALD J. SELGRATH
DIANE FLORES
FRANK M. LAFLEUR
CIRRUS A. ALPERT
JAMES T. GRANT
UI SU YI LAI
GAYLE D. PERLO
STEVEN C. AMUNDSON
LAURA M. SPEAKMAN
JOHN D. HARDY
ROBIN PARK FREIBERG

OF COUNSEL
DONALD S. SMITH*
THOMAS R. WAGNER

* Admitted in Multiple Jurisdictions
† Admitted to Practice Law in Arizona only

April 1, 2010

**VIA FACSIMILE**
Azuka Amucha, Esq.
AMUCHA & ASSOCIATES
1800 Century Park East, Suite 600
Los Angeles, CA 90067

Anahita Sedaghatfar, Esq.
LAW OFFICES OF ANAHITA SEDAGHATFAR
1800 Century Park East, Suite 600
Los Angeles, CA 90067

Re:  **Tracy Morrison v. Bath & Body Works**
     Our File No.:  2072-32874
     Date of Loss:  11/14/08

Dear Mr. Amucha:

This it to confirm our telephone conversation today concerning the Joint Scheduling Conference Report which must be filed with the Court by April 9, 2010. Forwarded herewith is a skeleton outline of the statement.

As we agreed, we will meet by telephone on **Monday April 5, 2010 at 3:00 p.m.** to discuss and complete the report.

Very truly yours,
**MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP**

Gayle D. Perlo, Esq.

GDP/gdp

ORANGE COUNTY
19800 MacArthur Blvd Suite 600 • Irvine, CA 92612
Phone (949) 440-6690 • Fax (949) 474-6991

SAN DIEGO
550 West C Street, Suite 1900 • San Diego, CA 92101
Phone (619) 515-0269 • Fax (619) 515-0268

SAN FRANCISCO
One California Street, Suite 1100 • San Francisco, CA 94111
Phone (415) 217-6990 • Fax (415) 217-6999

SCOTTSDALE
6909 East Greenway Parkway, Suite 200 • Scottsdale, AZ 85254
Phone (480) 477-5269 • Fax (480) 477-5268

1  JEFFREY M. LENKOV, ESQ. (SBN 156478)
   GAYLE D. PERLO, ESQ. (SBN153671)
2  **MANNING & MARDER**
   **KASS, ELLROD, RAMIREZ** LLP
3  15th Floor at 801 Tower
   801 South Figueroa Street
4  Los Angeles, CA 90017
   Telephone: (213) 624-6900
5  Facsimile:  (213) 624-6999

6  Attorneys for Defendant **BATH & BODY WORKS**

## SUPERIOR COURT OF THE STATE OF CALIFORNIA

## FOR THE COUNTY OF LOS ANGELES - CENTRAL DISTRICT

| | |
|---|---|
| TRACY MORRISON,<br><br>            Plaintiff,<br><br>vs.<br><br>BATH & BODY WORKS, and DOES 1 to 100, inclusive<br><br>            Defendants. | **Case No.: BC429608**<br>[Judge Luis A. Lavin - Dept. 13]<br><br>**JOINT SCHEDULING CONFERENCE REPORT PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE RULE 26(f)**<br><br>*Complaint Filed: 1/12/10* |

The undersigned, counsel for plaintiff Tracy Morrison and counsel for defendant Bath & Body Works hereby submit this joint report pursuant to Federal Rules of Civil Procedure Rule 26 subdivision (f).

1. Principal Issues in the Case:

2. Proposed Amendments to Pleadings:

3. Statement of Issues to be resolved by motion:

4. Proposed Discovery Schedule:

   a. Written Discovery:

   b. Depositions:

   c.. Discovery cut-off date:

5.  Proposed Law and Motion Schedule:

    a.  Motions:

    b.  Motion cut-off date:

6.  Settlement Efforts [Local Rule 16-15.4]:

    a.  Efforts to resolve the case to date:

    b.  Recommended settlement procedure:

7.  Trial:

    a.  Jury trial

    b.  Estimate: Three to five days

    c.  Proposed date for Final Pretrial Conference:

    d.  Proposed date for Trial:

8.  Other parties to be added:

9.  Other issues affecting the status of the case:

10. Proposals regarding severance, bifurcation or other ordering of proof:

Dated: March 17, 2010

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP


By: _____
    Jeffrey M. Lenkov, Esq.
    Gayle D. Perlo, Esq.
Attorneys for Defendant
**BATH & BODY WORKS**

```
*********************
***  TX REPORT   ***
*********************

TRANSMISSION OK

TX/RX NO                2180
RECIPIENT ADDRESS       ##244835#13102728564#
DESTINATION ID
ST. TIME                05/05 17:19
TIME USE                03'50
PAGES SENT              21
RESULT                  OK
```

*Correct Fax*

FAXED 5:27

# MANNING & MARDER
## KASS, ELLROD, RAMIREZ LLP
### ATTORNEYS AT LAW

801 South Figueroa Street, 15th Floor
Los Angeles, California 90017
Telephone (213) 624-6900 • Fax (213) 624-6999

# FACSIMILE COVER SHEET

| | |
|---|---|
| **CLIENT/MATTER NO.:** | 2072-32874 |
| **USER ID:** | 0634 |
| **DATE:** | May 5, 2010 |
| **RECIPIENT:** | Azuka Amucha, Esq.<br>AMUCHA & ASSOCIATES<br>Tel: 310-801-9064 |
| **FAX NUMBER:** | **310-229-5738** |
| **FROM:** | Gayle D. Perlo, Esq. |
| **RE:** | *Tracy Morrison v. Bath & Body Works* |

Total pages (including cover): 21