JEFFREY M. LENKOV, ESQ. (SBN 156478)
JAMIE D. YABKO, ESQ. (SBN 259248)
JAMI I. COPELAND, ESQ. (SBN 199538)
**MANNING & MARDER**
**KASS, ELLROD, RAMIREZ LLP**
15th Floor at 801 Tower
801 South Figueroa Street
Los Angeles, CA 90017
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant and Cross-Complainant
**BATH & BODY WORKS**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACY MORRISON,<br><br>    Plaintiff,<br><br>vs.<br><br>BATH & BODY WORKS, and DOES 1 to 100, inclusive<br><br>    Defendants.<br>_____<br>BATH & BODY WORKS<br><br>    Cross-Complainant,<br><br>vs.<br><br>SPA REVOLUTIONS, INSPIRED SCIENCES LLC and ROES 1 through 20, inclusive,<br><br>    Cross-Defendant<br>_____ | **Case No.:** CV10-1276 ODW (Ex)<br>[Judge Otis D. Wright II]<br><br>**DEFENDANT BATH & BODY WORKS' NOTICE OF VOLUNTARY DISMISSAL OF ITS CROSS-COMPLAINT AGAINST CROSS-DEFENDANTS SPA REVOLUTIONS AND INSPIRED SCIENCES, LLC**<br><br>*Complaint Filed: 1/12/10* |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Federal Rules of Civil Procedure, Rule 41(c) Defendant and Cross-Complainant Bath & Body Works, Inc. ("Bath & Body Works") hereby voluntarily dismisses its First Amended Cross-Complaint against Cross-Defendants Spa Revolutions and Inspired Sciences LLC (collectively referred to herein as "Cross-Defendants"). Federal Rules of Civil Procedure, Rule 41 provides as follows:

> (a) Voluntary Dismissal.
>> (1) By the Plaintiff.
>>> (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:
>>>> (I) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or
>>>> (ii) a stipulation of dismissal signed by all parties who have appeared.

> ***

> (c) Dismissing a Counterclaim, Crossclaim, or Third-Party Claim. This rule applies to a dismissal of any counterclaim, crossclaim, or third-party claim. A claimant's voluntary dismissal under Rule 41(a)(1)(A)(I) must be made:
>> (1) *before a responsive pleading is served*; or
>> (2) if there is no responsive pleading, before evidence is introduced at a hearing or trial.

Fed. Rules Civ. Proc. R. 41 (emphasis added).

In this case, Bath & Body Works filed and served its Cross-Complaint on October 18, 2010. Cross-Defendants have yet to file a responsive pleading. As such, under Rule 41(c), Bath & Body Works may voluntarily dismiss its Cross-Complaint against Cross-Complainants without a Court order.

Therefore, pursuant to Federal Rules of Civil Procedure, Rule 41(c), Bath & Body Works hereby dismisses its Cross-Complaint against Cross-Defendants Spa Revolutions and Inspired Sciences LLC.

Dated: November 16, 2010

MANNING & MARDER
KASS, ELLROD, RAMIREZ LLP

By: s/Jami I. Copeland
Jeffrey M. Lenkov, Esq.
Jamie D. Yabko, Esq.
Jami I. Copeland, Esq.
Attorneys for Defendant and Cross-Complaintant, **BATH & BODY WORKS, INC.**